```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                      Civil No. 19-3095 (DSD/DTS)
```

Benjamin P. Lopez,

      Plaintiff,

         v.                                    **ORDER**

Chaplain Alcazar, et al.,

      Defendants.

The above matter is before the court upon the report and recommendation of United States Magistrate Judge David T. Schultz dated October 21, 2020, as amended on October 29, 2020 (Amended R&R). No objections have been filed to the R&R in the time period permitted.

Accordingly, based on the R&R and Amended R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.   The R&R and Amended R&R [ECF Nos. 41, 42] are adopted in their entireties;

    2.   The motion to dismiss [ECF No. 35] is granted; and

    3.   The complaint is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 12, 2020                /s David S. Doty_____
                                                    David S. Doty, Judge
                                                    United States District Court